# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Monday the 24th day of October, 1994

Keith Leigh Shannon, Appellant,

   against,

Commonwealth of Virginia, Appellee.

   Before Chief Judge Moon, Judges Baker, Barrow, Benton, Coleman, Koontz, Willis, Elder, Bray and Fitzpatrick.

COUNSEL

Paul H. Melnick (John L. Melnick & Associates, on brief), for appellant.

Kathleen B. Martin, Assistant Attorney General (James S. Gilmore, III, Attorney General; Virginia B. Theisen, Assistant Attorney General, on brief), for appellee.

## UPON A REHEARING EN BANC

OPINION

On March 8, 1994 a panel of this Court reversed and remanded Keith Leigh Shannon's conviction of possession of cocaine. *See Shannon v. Commonwealth*, 18 Va. App. 31, 441 S.E.2d 225 (1994). The Commonwealth's petition for rehearing *en banc* was granted on April 25, 1994, and the mandate of the March 8, 1994 opinion was stayed.

This appeal was reheard *en banc* on September 22, 1994. For the reasons stated in the original majority opinion, the Court reverses Shannon's conviction and orders the case remanded to the trial court for further proceedings if the Commonwealth be so advised. Therefore, the stay of the mandate of the March 8, 1994 opinion is lifted. The case is reversed and remanded in accordance

with that opinion and its adoption by this order.

The trial court shall allow court-appointed counsel for the appellant an additional $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.